# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

Stephen J. Markman,
Chief Justice

157519

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

           SC: 157519
           COA: 340277
           Macomb CC: 2014-004731-FH

DANIEL GENE FRITZ,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 22, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



Clerk

a1217